department, entered November 23, 1927, which unanimously affirmed a decree of the Montgomery County Surrogate's Court overruling objections to and settling the intermediate account of the executrix of Henry V. Borst, deceased. The contestants contended that the executrix should be surcharged the value of certain stock and dividends thereon received since the death of testator. The executrix claimed title thereto by virtue of a written assignment.

*Harry V. Borst* for appellants.

*John T. Norton, Charles S. Nisbet* and *Daisy S. Borst* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of MAURICE B. GLUCK, Appellant.

THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

*Appeal — order appointing referee to take testimony of alleged professional misconduct of attorney — appeal to Court of Appeals dismissed.*

*Matter of Gluck*, 223 App. Div. 747, appeal dismissed.

(Argued April 30, 1928; decided May 8, 1928.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 2, 1928, appointing a referee to take testimony as to alleged professional misconduct of an attorney.

The motion was made upon the grounds that the order was not appealable as of right and that permission to appeal had not been obtained.

*Einar Chrystie* for motion.

*Maurice B. Gluck* opposed.

Motion granted and appeal dismissed.